**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

D.A.B. CONSTRUCTORS, INC.,

    Plaintiff,

v.                                                Case No. 6:24-CV-01151-WWB-RMN

UNITED STATES OF AMERICA,

    Defendant.

_____

NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    <u>Arvind Mahendru, Chapter 7 Trustee for the Estate of D.A.B. Constructors, Inc. v. Internal Revenue Service, Case No. 6:23-ap-00098-GER.</u>

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: 10/8/2024

/s/ Bensen V. Solivan
Bensen V. Solivan
United States of America