IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

D.A.B. CONSTRUCTORS, INC.

                Plaintiff,        JURY DEMAND

                                               CIVIL 6:24-cv-01151-WWB-RMN

vs.

UNITED STATES OF AMERICA

                Defendant.

### JOINT STIPULATION FOR PLAINTIFF'S VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41 (a)(1)(A)(ii)

Plaintiff, D.A.B. Constructors, Inc, and Defendant, United States of America, respectfully file this Joint Stipulation for Plaintiff's Voluntary Dismissal of this action without prejudice, without operating as an adjudication of its claims on the merits, and without a required Court Order pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii):

In support of this Joint Stipulation, the following statements are offered:

1. On June 24, 2024, Plaintiff filed its Complaint for this Civil Action before this Court.

2. On August 1, 2024, Plaintiff effectuated Service of Process of the Summons and Complaint on the Defendant.

3. On September 30, 2024, Defendant filed its Answer, responsive to the Plaintiff's Complaint, before this Court.

4. The parties have agreed to dismiss this action without prejudice and without operating as an adjudication of its claims on the merits with each party to bear its respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated:  October 15, 2024                         Respectfully submitted,

/s/   Justin H. DiLauro
JUSTIN H. DILAURO, ESQ.
Sr. Tax Attorney and Owner/Manager
DiLauro Tax Law PLLC
9639 Hillcroft Street, Suite 844
Houston, Texas 77096
(888) 463-5829
(713) 456-2027 (fax)
JHD@DiLauroTaxLaw.com
USDC SDTX No:   3865386
Texas State Bar No:  24055404

/s/   Glen E. Frost
Glen E. Frost, Esq.
Florida Bar No. 0077425
Frost & Associates, LLC
839 Bestgate Road, Suite 400
Annapolis, Maryland 21401
Telephone: (410) 497-5947
Fax: (888) 235-8405
email: glen.frost@frosttaxlaw.com

/s/   *Carl D. Berry*
Carl D. Berry
(Florida Bar No.0081132)
email: c.berry@thestrategiclegalgroup.com
The Strategic Legal Group, PLLC
300 S.E. 2nd Street
Suite 600
Fort Lauderdale, Florida 33301
Telephone: 561-910-0900

Counsel for Plaintiff
D.A.B. Constructors, Inc.


/s/   *Bensen V. Solivan*
Bensen V. Solivan
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
(202) 514-8031
Bensen.Solivan@usdoj.gov

Counsel for Defendant
United States of America

## CERTIFICATE OF SERVICE

I certify that on October 15, 2024, I electronically filed the foregoing document, including any exhibits, with the clerk of court for the U.S. District Court, Middle District of Florida, using the electronic case filing (ECF) system of the Court, which will cause an ultimate serving of a copy to the United States of America.

/s/ *Justin H. DiLauro*
JUSTIN H. DILAURO