**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

D.A.B. CONSTRUCTORS, INC.,

        Plaintiff,

v.                                Case No.: 6:24-cv-1151-WWB-RMN

UNITED STATES OF AMERICA,

        Defendant.

_____

### <u>ORDER</u>

THIS CAUSE is before the Court on the parties' Joint Stipulation for Voluntary Dismissal (Doc. 21), filed October 21, 2024.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on October 16, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record